IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00031-MP-AK
1:07-cr-00033-MP-AK

ROMAN GABRIEL DUCLOS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 38, in Case No. 1:07-cr-00031, and Doc. 33 in Case No. 1:07-cr-00033, filed by Defendant Duclos. In his motions, Defendant moves to continue his trials set for April 1, 2008. A telephone conference on this matter was held on Friday, March 28, 2008. At the hearing, Defendant stated that his counsel continues to need additional time to meet with the Case Agent to review the case discovery, and then to discuss this discovery with the Defendant. Because of this, Defendant requested that both trials be continued, and waived any speedy trial objection. The Government did not object to the continuance of either trial. The Court finds that the failure to grant a continuance would deny counsel for the Defendant the reasonable time for effective preparation. Therefore, the Court finds that the ends of justice served by granting the continuances outweigh the best interests of the Defendant and the public in a speedy trial. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Defendant's Motion to Continue, Doc. 38 in Case No. 1:07-cr-00031, is granted, and trial is continued to Tuesday, May 6, 2008, at 12:30 p.m.

    2.    Defendant's Motion to Continue, Doc. 33 in Case No. 1:07-cr-00033, is granted, and trial is continued to Tuesday, May 6, 2008, at 12:30 p.m.

**DONE AND ORDERED** this   *28th* day of March, 2008

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
